#32

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

DAVID ORTIZ-DORANTES

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2001-BTM

I, DAVID ORTIZ-DORANTES, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-18-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

David Ortiz Dorantes
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY